UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 2:09cr23 |
| ) | **BILL OF INFORMATION:** |
| v. ) | |
| ) | Violation: |
| ) | |
| AMY ORR ) | 18 U.S.C. § 1711 |

### THE UNITED STATES ATTORNEY CHARGES:

On or about September 2005 and continuing through on or about April 30, 2009, in Swain County, within the Western District of North Carolina, and elsewhere, the defendant,

**AMY ORR**

being a Postal Service officer and employee, knowingly converted to her own use, money and property coming into her hands and under her control, in the execution and under color of her office, employment and service, that being United States currency in an amount over $1000.00, all in violation of Title 18, United States Code, Section 1711.

**This 24th day of August, 2009**

EDWARD R. RYAN
ACTING UNITED STATES ATTORNEY

DAVID A. THORNELOE
ASSISTANT UNITED STATES ATTORNEY