# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL CASE NO. 2:09cr23

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| AMY ELIZABETH ORR. ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Accept Early Payment of Fine and/or Restitution [Doc. 13].

The Defendant has entered into a plea agreement with the Government pursuant to which she has agreed to pay restitution in the amount of $14,103.72. [Doc. 3]. The Defendant's presentence report documents that sum as the correct amount of restitution. [Doc. 11]. The Defendant is currently in possession of this sum and wishes to make early payment prior to sentencing. Although the Defendant has not yet been sentenced and the final order of restitution has not been entered, the Court finds that early payment of the sum may be made into the registry of the Court.

**IT IS, THEREFORE, ORDERED** that the Clerk of Court may accept early payment from the Defendant of funds for payment towards the fine and/or restitution, and the Clerk shall receipt the funds in the amount so deposited, and such funds may be deposited into the Registry of the Court pending further court order.

Signed: February 12, 2010

Martin Reidinger
United States District Judge